

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-14-00024-CR

Edward M. **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1998CR6320
Honorable Mark R. Luitjen, Judge Presiding

## O R D E R

On December 6, 2013, this court denied Edward M. Johnson's pro se petition for writ of mandamus in original proceeding number 04-13-00808-CR. In our December 11, 2013 opinion, we explained our reasoning.

On January 8, 2014, Appellant filed a pro se "Notice of Appeal," and we opened appeal number 04-14-00024-CR. Because the notice complains of this court's denial of Johnson's petition for writ of mandamus, we construe it as a motion for rehearing of our December 6, 2013 order and our December 11, 2013 opinion in original proceeding 04-13-00808-CR.

Therefore, we DIRECT the Clerk of this court to administratively close appeal number 04-14-00024-CR and file petitioner's January 4, 2014 motion for rehearing (titled "Notice of Appeal") as a motion for rehearing of original proceeding number 04-13-00808-CR.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court